TJS:DSM
F. #2007R00609

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

JOHN DOE,

           Defendant.

- - - - - - - - - - - - - - - - -X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JAN 14 2008 ★
BROOKLYN OFFICE

NOTICE OF MOTION

CR 08 26

WEINSTEIN, J.   GO, M.J.

     PLEASE TAKE NOTICE that the government will move this Court, before a United States District Judge to be assigned, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:     Brooklyn, New York
            January 14, 2008

                                      BENTON J. CAMPBELL
                                      United States Attorney
                                      Eastern District of New York

                By:       _____
                                      Elizabeth Geddes
                                      Assistant U.S. Attorney
                                      (718) 254-6430

cc:  Allen Lashley, Esq.