EAG
F.#2007R00609

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

BESNIK NEZA,

        Defendant.

- - - - - - - - - - - - - - - - -X

<u>O R D E R</u>

08 CR 0026 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 30 2010 ★
BROOKLYN OFFICE

      Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Elizabeth Geddes, it is hereby

      ORDERED that the above-captioned case be unsealed.

Dated:    Brooklyn, New York
            August 26, 2010

_____
THE HONORABLE JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK