

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TM:EAG
F.#2007R00609

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 31 2010 ★
BROOKLYN OFFICE

August 19, 2010

By Hand Delivery

**SENTENCING IS ADJOURNED TO 11/9/10 AT 10a.m.**

The Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Mailed ASAP
send
JW 8/20/10

Re: United States v. Besnik Neza
    Criminal Docket No. 08-26 (JBW)

Dear Judge Weinstein:

The government and the defendant Besnik Neza jointly request an adjournment of the defendant's sentencing, which is presently scheduled for August 26, 2010, to allow the Probation Department to prepare a Pre-Sentence Investigation Report ("PSR").

The defendant previously pleaded guilty, pursuant to a cooperation agreement, to an information charging Hobbs Act robbery conspiracy, in violation of 18 U.S.C. § 1951(a), and brandishing a firearm, in violation of 18 U.S.C. § 924(c)(1)(A)(ii). The defendant had been proactively cooperating in an investigation of members and associates of the Colombo organized crime family of La Cosa Nostra, and his cooperation formed a basis for certain charges in United States v. Curanovic, et al., 08-CR-240 (BMC).

In July 2010, the defendant testified in Curanovic and the government now respectfully requests that the Court direct the Probation Department to prepare the Pre-Sentence Investigation Report ("PSR") for Besnik Neza and schedule a date for sentencing.

   Counsel for Neza, Allen Lashley, Esq., has been consulted and joins in this motion.

             Respectfully submitted,

             LORETTA E. LYNCH
             United States Attorney

     By: _____
             Elizabeth A. Geddes
             Assistant U.S. Attorney
             718-254-6430


cc: Allen Lashley, Esq. (counsel to Besnik Neza)